

# Missouri Court of Appeals
## Southern District

**AUGUST 10, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33500

  Re: VICTOR A. SMITH,
     Appellant,
     vs.
     STATE OF MISSOURI,
     Respondent.